IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DENNIS R. EASTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and without objection by the government and the Probation Officer,

IT IS ORDERED that Defendant Eastman's revocation hearing is rescheduled to Thursday, September 15, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated June 20, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge