IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS R. EASTMAN, )<br>)<br>Defendant. ) | Case No.  4:97CR3031 |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 99, now set for September 15, 2011, at 1:00 p.m. until a date certain in approximately 90 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 15th day of December, 2011, at 1:00 p.m. The Defendant is ordered to appear at such time.

Dated this 1st day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge